PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF TEXAS
__Tyler__ DIVISION

__Wesley McCoy #1687741__
Plaintiff's Name and ID Number

Place of Confinement __Michaels Unit Mental Health Unit diversion program 12 building A-pod 2664 FM 2054 Tenn. Colony Texas 75886__

CASE NO. __6:22 cv 100 JDK/JDL__
(Clerk will assign the number)

v.

__David A. Stebbins  Michaels Unit 2664 FM 2054 Tenn. Colony Texas 75886__
Defendant's Name and Address

__Michael A. Collum  Michaels Unit__
Defendant's Name and Address

__Lonnie C. Townsend II  Michaels Unit 2664 FM 2054 Tenn. Colony TX 75886__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its e ective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

[Handwritten margin notes: "Allred Unit destroyed all my property before I came here I can't remember to answer the question your"]

     1. Approximate date of filing lawsuit: _____
     2. Parties to previous lawsuit:
       Plainti (s) _____
       Defendant(s) _____
     3. Court: (If federal, name the district; if state, name the county.) _____
     4. Cause number: _____
     5. Name of judge to whom case was assigned: _____
     6. Disposition: (Was the case dismissed, appealed, still pending?) *Dismissed*
     7. Approximate date of disposition: _____

Rev. 05/15

Allred Unit
Iowa Park TX 76367

II. PLACE OF PRESENT CONFINEMENT: _____

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Wesley McCoy #1687741, Michaels Unit Mental health program, 12 building A pod, 2664 FM 2054 Tenn. Colony, Texas 75886 Allred Unit 2101 FM 369A Iowa Park, TX 76367

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: (Warden) Lonnie E. Townsend II, responsible of Employees income and running the Michaels Unit 2664 FM 2054 Tenn Colony TX 75886

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Endangering my health by not having sock vent circut, for bacteria, and fires and mold, rain leaks in the cell

Defendant #2: (Assistant Warden) Michael A. Collum responsible of Employees income, Head of the Unit, Michaels Unit 2664 FM 2054 Tenn Colony TX 75886

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you. never trying to resolve all these mental health offenders complaints, and my asthma problems, or my allergies, having to live around infested mouses! Every where!!

Defendant #3: David A Stebbins Mental health director Michaels 12 building

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you. knows we are in a filthy bacteria, fires, and mouses enviroment, mold housing too

Defendant #4: Jason lively Mental health clinition counslor Michaels Unit 12 building, 2664 FM 2054 Tenn. Colony TX 75886

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. I have talked to my counslor January 21, 2022, as I pulled out a plastic bag to show that the dead mouses I killed keep running in out my cell. I have been sick, he did nothing on a medical valuate.

Defendant #5: Todi Torra, nurse manager, has stopped Mental health offenders getting medical treatment, all nurses are agreeing to not take any other sickness besides covid, neglecting medical attention. Michaels Unit 2664 FM 2054 Tenn. Colony, TX 75886

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. I have witness such sickness through out 2018 to 2022, on January 1-21 2022, on michaels Unit 36404 FM 3054 Tenn. Colony, TX 75886, A-pod 12 building Mental health. I have bad asthma, and allergies. I have gotten neglected throu out michaels. Theres no vent circuit that sucks the bacteria out of livingcells! So a fire always started. The smoke just lingo in the cells, black mold in our A.C vent. Even the chemical gas agency farnish my breathing. Theres alot ot least a million of mouses, babies mouses Infested the whole 12 building, where all mental health offenders are housed. I even showed my counslor the Envirment I am living in is hazard. I showed a few mouses dead in a jar. I have caught sickness and sick right now! I have mouse bruises all on my shoulders. I cannot even exhale in this place. Its hard to breath

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I want each defendants to pay 500,000 dollars each in their own capacity to me respectfully. Also will like for a time serve on my 1st. sentence wich is sentence, I will also like for approval for my birth name to be changed to my muslim name (Ramadhan, Moor) And a pint of blue bell Icecream every day till I go home

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Wesley McCoy, scooby )(Ramadhan, Moor) is my muslim name

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
1687741

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?         ____YES ____NO

Rev. 05/15

V. (STATE...) Michael... ... Tenn. Colony TX 75886

Mental health program

The following names of listed in this suit are part of mental health program. Dr Michaels has known the conditions we were and still living in. They all work together. Controle the program for C.M.I. / All-Seg mental health offenders. The feed is on this unit how talk verbally to us. Stebbins David, Director let us be treated as if they don't care. Medical, mental health department, says our family has to drive up to the unit pay for our medical mental health records. Everyone doesn't have family nor money. To own their own medical or mental health records. I need my own records. Since been under psych load in the prison system. I have been paying medical. I am disable to pay, and service on my own. I have told them that. They have cold food in Johnny sack, every-day. That's a way of food poisoning. Our mental health staff is not caring how they deal with us. I have written I-60 to all my mental health staff they all on the same page. To let the program go on like this. I have been stressed depress and seeing mental health offenders commit suicide over the treatment they expose to mental health offenders.

I also shouted my counselor Jason Ively a bag of dead mouses. To show my entrochest. Plus I have asthma there's a lot of fire burning there's no such out vent on 12 building. no medical providents

   C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES  ✓ NO

   D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

      1. Court that issued warning (if federal, give the district and division): _____

      2. Case number: _____

      3. Approximate date warning was issued: _____

Executed on: _____
       DATE

                                           Wesley McCoy
                                           Wesley McCoy
                                           (Signature of Plainti )

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
             (Day)                  (month)          (year)

                                           Wesley McCoy
                                           Wesley McCoy
                                         (Signature of Plainti )

**WARNING:** Plainti is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.