Exhibit 1

**Texas Department of Criminal Justice**

Rcvd @ JA

MAR 11 2022

**OFFENDER**
# STEP 1
**GRIEVANCE FORM**

McCoy, Wesley

| OFFICE USE ONLY |
|---|
| Grievance #: 2022056097 |
| Date Received: JAN 25 2022 |
| Date Due: 3/11/22 |
| Grievance Code: 1616 |
| Investigator ID #: 2792 |
| Extension Date: _____ |
| Date Retd to Offender MAR 0 3 2022 |

MAR 11 2022

Offender Name: _Wesley Mc Coy_      TDCJ #_1687741_

Unit: _Michaels_    Housing Assignment: _12 A-35_

Unit where incident occurred: _Michaels Unit Mental Health_
_120 30 program 2664 FM 2054 Tenn Colony, TX_

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Mental health Counsler Jason Lively_    When?_January 21, 2022_

What was their response? _I will have a 1on1 Monday_

What action was taken? _I told him about my Cruel unusual punishments Enviroment._

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On January 21, 2022 On michaels Unit 12 building A pod 35 cell. I talked to my Mental health counslor Jason lively (MHC) About all the human health hazards plus reserting me to on CMI as line. 1 program donner. Cruel Unusual punishent, short of staff, Not getting Ensure Mental health providers niether. I showed Mr. lively a bag of dead mouses. 5 dead mouses I have caught and killed. they been coming into my cell. So I killed the mouses. Only put them in a plastic bag. this is all mental health offenders living station 12 building. C-M-I - Ad-seg all mental health. It's been this way since 2018-till 2022. I showed him the dead mouses, theres a million of them living in a Mental health offenders building. I have been sick already from these mouses!! It's not (Covid) they blame everything on the Covid. Medical nurses, doctors, Dental all deny my requesting. these mouses all the correctional officers are foul violating. I am sick now! Of mouses, my allergies is bad. I have asthma bad, harsh coughs, my body breaks out bad around my nose and shoulders!! I am in a unhealthy very HAZARDX Enviroment. I have all evidents of denied all My mental health providers. With in Medical and mental health. Since I have asthma real bad. If a fire start germs spreads, I will suffer bad

---

I-127 Front (Revised 11-2010)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)

Appendix F

and from it. because for 1-1 Theres no Circulation
vents. All Unit suppose to have them. I went for
air and I went for sucking germs smoke, dust.
This whole building doesnt has it. Theres mold in
all these cells. Everything is blamed on covid today!!

___

**Action Requested to resolve your Complaint.** I need my allergy meds renewed! Nosal
spray, and my allergy pills! Another Unit transfere too

**Offender Signature:** Wesley McCoy                    **Date:** January 2, 2022

**Grievance Response:**

You were scheduled for individual therapy pending security and clinical staffing availability. Security escorts were not available during the time of scheduled appointment. MHPM was in agreeance.

**Signature Authority:** Pam Pene Practice Manager Pam Pene   **Date:** 3/1/22

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely
Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**2nd Submission**        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**Appendix F**

## Texas Department of Criminal Justice

# STEP 1    OFFENDER GRIEVANCE FORM

**THE STATE OF TEXAS**

Offender Name: _Wesley McCoy_   TDCJ # _1687741_
Unit: _Michael_   Housing Assignment: _12-A-35_
Unit where incident occurred: _Michael Unit 12-A-35   2664_
_FM 2054   Tenn. Colony TX 75886_

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Grievance #:</td><td></td></tr>
<tr><td>Date Received:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID #:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
<tr><td>Date Retd to Offender:</td><td></td></tr>
</table>

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _Mental health program director Stebbins David_ When? _Dec. 21 - January 2022_

What was their response? _Short of staff; they all working on it_

What action was taken? _Short of staff. Mental Health Offenders on lockdown 24/7_

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_Our mental health director Stebbins, and supervisor over the program, Jennifer Sanders. Warden Marshall, Warden Michael, mullin, the Security Sergeant Biscoe, Joseph, Assistant warden: Marshall, LA- MORRIS. From December 2021 to January 13th 2022, 12 building on Michael's Unit Mental health offenders add housing program has not been making no moves. They are so short of staff. But say lockdown cause of covid. Not really cant be!!! The following staff's names above has been in general population enjoying with general population. Offenders doing. Chess tournments, and basketball tournaments, also dayroom TV, recreation. Doing 2022 month of December 2021-2022 of January. Mental health offenders in 12 building doesnt has no same qualities, fun activities. But the Giverston program has promised Mental health offenders lots of accomplish goals. Fun activities. But now. We dont get hand shake, hug from noone! At all! No cheek ups. We'll have to write several I-60 to see anyone. They laugh at all of Mental health and I. Theres no hiding what they are doing to us!! I and everyone that has finish the program. Stuck in between the violations that mental health department does and under wardens supervision. We cant get pictures, they dont talk to building the mental health conprogress, or progress in the news paper, or Eco. To them we are no body. Favoritism, Neglecting, discriminating, manipulating, abundon resources, injustice._ JAN 20 2022

I-127 Front (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

**Action Requested to resolve your Complaint.** I will like a copy of this following grievance an to save footage of Todays movements activities from Camra

**Offender Signature:** _Wesley McCoy_    **Date:** _January 13 2022_

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      ***Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.

☒ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _T. Vassilico_  _Vassilico_
_UGI II_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: _TV_ |
| Grievance #: | _2022054302_ |
| Screening Criteria Used: | _599  # 2_ |
| Date Recd from Offender: | JAN 2 0 2022 |
| Date Returned to Offender: | JAN 2 0 2022 |
| **2nd Submission** | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |
| **3rd Submission** | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Offender: | _____ |
| Date Returned to Offender: | _____ |

**I-127 Back** (Revised 11-2010)

Appendix F



**Texas Department of Criminal Justice**

# STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: _Wesley McCoy_    TDCJ # _1687741_

Unit: _Michael_    Housing Assignment: _12-A-35_

Unit where incident occurred: _Michael Unit 12=A-35_
_2664 F.M 2054 Tenn Colony, TX 75886_

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _I-60 to Warden #Lonnie E. Townsend IV_ When? _January 18, 2022_

What was their response? _I never gotten that I-60 back_

What action was taken? _There's still rats, and mouses running living in 12 building._

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

_I wrote Warden# Lonnie E. Townsend IV an I-60 January 18, 2022 About all these rats and mouses living thru out Michaels Unit 12 Building Mental health and C-MHI Housings where offenders lives at. They eat all the commissary, eat off our food trays. Theres a hole in every day room under the toilet a big hole. Theres over a thousands rats, and baby mouses everyday comes and going. That's hazard diseases. That mental health offenders living around. They have these so call traps. Theres no getting rid of these rats mouses babies rats chewing thru walls steal wire and pieces! Thats not legal santize living Quarters. Every one coughing sneezing, and sick here and there. It's not just a dirty living Envirment as this doesnt make things better! I call other mental health offenders inside 12 building from 2018-2022 has complain about the following briefing! People waking up with mouses on their bunks, I have mouse bites on my shoulder now. But they wont pull me out for medical! They have for years tryed to get rid of the rats mouses, they are having babies everyday. Its too out of hand to stop these rodents. They live over the Unit, outside on the rec yard. Its not legal specially the Chow hall / Kitchen._

JAN 18 2022

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *Any place safer than Michaels Unit I will be transfere to. I also save footage from camera. Absolutely sic.*

**Offender Signature:** *Wesley McCoy*                    **Date:** *January 16, 2022*

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**       *Resubmit this form when the corrections are made.*

☐ 1. Grievable time period has expired.
☒ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

M. Price
**UGI Printed Name/Signature:** Investigator III

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: |
| Grievance #: 2022059 | |
| Screening Criteria Used: 2    500 | |
| Date Recd from Offender: JAN 1 8 2022 | |
| Date Returned to Offender: JAN 1 8 2022 | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



# Texas Department of Criminal Justice

## STEP 1   OFFENDER GRIEVANCE FORM

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Grievance #:</td><td></td></tr>
<tr><td>Date Received:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td>599</td></tr>
<tr><td>Investigator ID #:</td><td>2792</td></tr>
<tr><td>Extension Date:</td><td></td></tr>
<tr><td>Date Retd to Offender:</td><td></td></tr>
</table>

**Offender Name:** Wesley McCoy   **TDCJ #** 1687741

**Unit:** Michael   **Housing Assignment:** 12-A-35

**Unit where incident occurred:** Michael Unit 12-A-35
2664 FM 2054 Tenn Colony 588

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? This Correctional officer not town   When? January 15 2022 6:00

What was their response? We mental health offenders on 12 building Covid lockdown.

What action was taken? They gave us an shower, put us in the cell 24/7

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

These officers not wearing a name tag. So I say on January 15 2022, 1 hour gave showers then put us back into the cell. As usually we stayed in the cell all day never been back out the cell. Mental health diversion program on Michael Unit 12 building program director Stebbins and supervisor on the program Sanders. They let this unit treat us foul cruel unusual punishment. Verbally abuse. No wearing name tags at all only a few !!! They are saying Covid lockdown. There were a lot of general population inmates. Coming to 12 building. To help feed cold trays or cold less johnnies or clean up. or just walking around. The chaplain inmates comes around. general population inmate have chess, basketball tournaments, 12 building mental health offenders as usual are being violated our rights, all above. I write up every day. We have had food johnnie sacks cold food that causes food poisoning. They cannot say what they are doing is not cruel. Everyday the staff verbally abuse the mental health offenders. Walk around the pod, smart and if we complain. They all willing to laugh. And never have to get discipline of what they have been violating against all mental health offenders. JAN 20 2022

**I-127 Front** (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

**Action Requested to resolve your Complaint.** *I need a outside representive (legal) for mental health offenders, and a Unit Transfere*

**Offender Signature:** *Wesley McCoy*   **Date:** *January 15 2022*

**Grievance Response:**


**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☒ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** *T. Vassilico   Vassilico   UGI II*

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: |
| Grievance #: | 2022057304 |
| Screening Criteria Used: | 599  #2 |
| Date Recd from Offender: | JAN 2 0 2022 |
| Date Returned to Offender: | JAN 2 0 2022 |
| **2ⁿᵈ Submission** | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3ʳᵈ Submission** | UGI Initials: |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

**Appendix F**