1983

United States District Court
For the EASTERN District of Texas
TYLER Division

plaintif
Wesley McCoy #1687741

I am filing on the "A.D.A." The A.D.A. can be found a 42 U.S.C. §§ 12101-12213. The A.D.A. prevents discrimination against people with disabilities, including prisoners. Mental disabilityes. Someone told me to file this notice. I have wrote, and answered all questions to my best of knowing. I also have no well knowing how court, nor cort procedures means nor work.

Wesley McCoy #1687741

place of Confinement 12-D-30
Allred Unit 2101 FM 369M,
Iowa Park, TX 76367

Defendant
of
EASTERN TYLER

I Wesley M. Coy

Now housed At Allred Unit 2101 FM 369N.
Iowa Park, TX 76367  (12-D-Cell 30)

I have been shiped back to Allred from the Michael's Unit! The 8 1st Month of January 2022

I am indgent, but law library will not give me a Trust fund account sheet shows 6 months no money!