

Wesley McCoy
1689741
2101 FM 369N
Iowa Park, Texas 76367

Clerk of Court
c/o Federal Bldg.
US Courthouse
211 W. Ferguson St. Rm. 106
Tyler, TX 75702