IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| WESLEY MCCOY, #1687741, § <br> § <br> Plaintiff, § <br> § Lead Case: 6:22-cv-100 <br> v. § <br> § Consolidated Case: 6:22-cv-101 <br> DAVID A. STEBBINS, et al., § <br> § <br> Defendants. § <br> § | |

# FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** without prejudice. All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close both the lead and consolidated case.

So **ORDERED** and **SIGNED** this **26th** day of **August, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE